

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00745-CR

Miguel G. **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR4203
Honorable W.C. Kirkendall, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 31, 2022.

Luz Elena D. Chapa, Justice

---

[1] Senior Judge, sitting by assignment